Aaron B. Clark (15404)
**DENTONS DURHAM JONES PINEGAR**
111 South Main Street, Ste. 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Email: aaron.clark@dentons.com
*Attorney for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCES DALYANA POWER-ESCOBAR,<br><br>    Defendant. | **NOTICE OF APPEAL**<br><br>Case No. 2:23-cr-00414<br><br>Judge David Sam |

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Defendant Frances Dalyana Power-Escobar hereby provides notice of her intent to appeal to the Tenth Circuit Court of Appeals from the Sentencing and Judgment entered on January 8, 2025, Docket No. 405.

DATED: January 10, 2025.

**DENTONS DURHAM JONES PINEGAR**

/s/ *Aaron B. Clark*
Aaron B. Clark

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed and served via the Court's ECF System on January 10, 2025 to all counsel of record.

/s/ *Shelby Irvin*